SADIE M. BEGEN, Appellant, *v.* ISABELLA M. PETTUS et al., Respondents.

(Submitted May 27, 1918; decided June 4, 1918.)

Motion to amend remittitur denied, with ten dollars costs.   (See 223 N. Y. 662.)

---

HILDRED K. TALLMAN et al., Respondents. *v.* CHARLES WYAND et al., Appellants.

Reported below, 179 App. Div. 958.
(Argued May 27, 1918; decided June 4, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 10, 1917, modifying and *unanimously* affirming as modified a judgment in favor of plaintiffs entered upon a decision of the court on trial at an Equity Term in an action to restrain defendants from violating certain building restrictions.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous; that the modification was in favor of the appellants and that permission to appeal had not been obtained.

*George J. Skivington* for motion.
*Frederick Wiedman* opposed.

Motion denied, with ten dollars costs.